1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

IN RE BEXTRA AND CELEBREX MARKETING,          CASE NO. MDL No. 1699
12   SALES PRACTICE, AND PRODUCT LIABILITY
     LITIGATION
13                                                 **ORDER OF DISMISSAL WITH**
                                                   **PREJUDICE**
14   This Document Relates to:

15
     Will Bass, Sr.                  06-0087 CRB
     Jean M. Benham, et al.          06-1689 CRB
16   Louise Bush                     06-2431 CRB
     Ethel L. Cook                   05-4779 CRB
17   Junior Counts                   06-2081 CRB
     Richard Croft                   06-1901 CRB
18   David L. Davis                  08-1858 CRB
     Robert C. Duke, et al.          07-0056 CRB
19   Julie E. Greer                  08-1858 CRB
     Wayne A. Gunnison               06-3665 CRB
20   Jonathan Halley                 05-4781 CRB
     Clarice Hare                    05-4735 CRB
21   Earl J. Lachney                 06-3094 CRB
     Robert Lewis                    08-0220 CRB
22   Randolph D. McMillion, et al.   07-0473 CRB
     Lecia Nolan                     06-2434 CRB
23   Clara Olmsted                   08-1858 CRB
     Heathere Ralph                  06-2436 CRB
24   Martha Taylor                   06-0087 CRB

25

26

27

28
                                    - 1 -
                 ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

1       The Court ordered the plaintiffs identified in the caption to show cause why their actions

2   should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause

3   order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff

4   appeared at the show cause hearing. Accordingly, the actions identified in the above caption are

5   DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6   **IT IS SO ORDERED.**

7   Dated: September 25, 2009

8                                         HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

- 2 -

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB